No. — — ——.   HACKER *v.* UNITED STATES;

No. — — ——.   HENRY *v.* MINNESOTA PUBLIC UTILITIES COMMISSION; and

No. — — ——.   STEVENS ET AL. *v.* BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA.   Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–597 (86–6367).   IN RE GRAY.   Super. Ct. D. C.   Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–568.   IN RE DISBARMENT OF MOUNTAIN.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1037.]

No. D–594.   IN RE DISBARMENT OF CERAME.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1003.]

No. D–608.   IN RE DISBARMENT OF SHARE.   It is ordered that Benjamin D. Share, of Harrisburg, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–609.   IN RE DISBARMENT OF CONNOLLY.   It is ordered that Daniel Joseph Connolly, of Concord, N. H., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–610.   IN RE DISBARMENT OF LOPEZ.   It is ordered that Vincent Cabrera Lopez, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–611.   IN RE DISBARMENT OF BRICKLE.   It is ordered that Thomas C. Brickle, of Fond du Lac, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable

---

*For the Court's orders prescribing amendments to the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Claims, see *post,* p. 955; and amendments to the Federal Rules of Evidence, see *post,* p. 1025.